UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-MJ-12-DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| VANESSA ELIZABETH ESCATEL- ) | |
| VALDERRAMA, ) | |
| (Material Witness), ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VANESSA ELIZABETH ESCATEL-VALDERRAMA</u>, Case No. <u>2:13-CR-00026-GEB</u>, Charge <u>Material Witness</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of $\_\_

        \_\_   Unsecured Appearance Bond

        \_\_   Appearance Bond with Surety

        \_\_   (Other) \_\_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 14, 2013</u> at <u>3:15</u> pm.

By _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge