UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> VANESSA ELIZABETH ESCATEL- ) <br> VALDERRAMA, ) <br> (Material Witness), ) | Case No. 2:13-MJ 12 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VANESSA ELIZABETH ESCATEL-VALDERRAMA, Case No. 2:13-CR-00026-GEB, Charge Material Witness, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

        __  Unsecured Appearance Bond

        __  Appearance Bond with Surety

        __  (Other)   __

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 14, 2013  at  3:15  pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge